UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 23-8507-MWF(RAOx)**                                    Date:  November 30, 2023

Title         **Capitol Specialty Insurance Corporation v. A Plus Gutters Systems, Inc., et al.**

Present: The Honorable:        MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

   A review of the docket in this action reflects that the Complaint was filed on October 9, 2023.  (Docket No. 1).  On October 20 and 23, 2023, Plaintiff filed Proofs of Service ("POS") reflecting substituted service on Defendant A Plus Gutters Systems Inc. on October 19, 2023 (response due November 20, 2023); and personal service on Defendants Tallen and Tyce Development Inc. and 1033 Somera, LLC on October 20, 2023 (responses due November 10, 2023).  (Docket Nos. 10-12).

   The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **DECEMBER 11, 2023**.

- BY DEFENDANTS:  RESPONSES TO THE COMPLAINT.  The parties may also file stipulations to extend the time within which Defendants must respond to the Complaint.

   OR

- BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT.

   No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-8507-MWF(RAOx)**                                           Date:  November 30, 2023

Title            **Capitol Specialty Insurance Corporation v. A Plus Gutters Systems, Inc., et al.**

submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **DECEMBER 11, 2023** will result in the dismissal of this action.

        IT IS SO ORDERED.

                                                                                            Initials of Preparer:  RS/sjm