UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-8507-MWF (RAOx)**                                       Date:  January 19, 2024

Title     **Capitol Specialty Insurance Corporation v. A Plus Gutters Systems, Inc., et al**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
Not Present                                                  Not Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On December 5, 2023, Defendant A Plus Gutter Systems ("APGS") Inc. c/o Israel Tanenbaum, submitted its Answer to Complaint (the "Answer") for filing. (*See* Docket No. 17).  The Answer reflects that Defendant APGS is proceeding pro se, without counsel.

Individual litigants may represent themselves pro se, but corporations and associations must be represented by a lawyer.  *See Church of the New Testament v. United States*, 783 F.2d 771, 773 (9th Cir. 1986) (unincorporated association); *In re Highley*, 459 F.2d 554, 555 (9th Cir. 1972) (corporations).  In addition, a partner may not represent his or her own interest in a partnership pro se, and a sole shareholder may not represent a corporation.  *See In re Am. West Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (per curiam) (partner); *United States v. High Country Broad Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam) (shareholder).

Accordingly, the Court **ORDERS** Defendant APGS to show cause, in writing, on or before **FEBRUARY 23, 2024**, why it should not be required to retain counsel.  In response to this Order to Show Cause, the Court will accept a Notice of Appearance of Counsel or Request for Approval of Substitution of Attorney.  If an attorney does not enter an appearance on behalf of Defendant APGS by that date, Defendant's Answer will be stricken and default will be entered.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-8507-MWF (RAOx)**                                        Date:  January 19, 2024

Title       **Capitol Specialty Insurance Corporation v. A Plus Gutters Systems, Inc., et al**

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of a satisfactory response to the Order to Show Cause.  Defendant APGS's failure to respond to the Order to Show Cause by **February 23, 2024**, will result APGS's Answer being stricken and default entered.

IT IS SO ORDERED.

Parties in court without a lawyer are called "pro se litigants."  These parties often face special challenges in federal court.  Public Counsel runs a free Federal Pro Se Clinic where pro se litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic).  Pro se litigants must call or submit an on-line application to request services as follows:  on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

The Court's website home page is http://www.cacd.uscourts.gov.